UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-cv-21858-PAS

KENISHA D. ADAMS,

    Plaintiff,

v.

SECURITAS SECURITY SERVICES
USA, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff KENISHA D. ADAMS ("Plaintiff") and Defendant SECURITAS SECURITY SERVICES USA, INC. ("Defendant") (collectively referred to hereafter where appropriate as the "Parties"), hereby give notice that the parties have reached an amicable resolution with respect to all claims that Plaintiff asserted against Defendant in the above entitled action, and, as a result, hereby provide the Court with this Joint Notice of Settlement. The parties have reached a settlement in principle, and they are in the process of preparing and executing a formal settlement agreement. The Parties respectfully request that the Court: (1) cancel the Magistrate Supervised Settlement Conference that is set for September 8, 2011, at 1:30 p.m.; (2) provide the parties with thirty (30) days to file an appropriate motion with the Court seeking approval of the parties' settlement; and (3) retain jurisdiction over this action and the settlement thereof.

RESPECTFULLY SUBMITTED, this 8th day of September, 2011.

| | |
|---|---|
| **TODD W. SHULBY, P.A.**<br>4705 S.W. 148th Ave., Suite 102<br>Davie, FL 33330-2417<br>Telephone: 954.530.2236 | **LITTLER MENDELSON**<br>One Biscayne Tower<br>Suite #1500<br>Two South Biscayne Boulevard<br>Miami, FL 33131.1804<br>Telephone:     305.400.7500<br>Facsimile:       305.603.2552 |
| By: */s/ Todd W. Shulby*<br>Todd W. Shulby, Esq.<br>E-mail : tshulby@shulbylaw.com | By: */s/ Jonathan A. Beckerman*<br>Jonathan A. Beckerman<br>Florida Bar No.: 0568252<br>E-mail: jabeckerman@littler.com<br>Elaine W. Keyser<br>Florida Bar No. 0013606<br>E-mail:  ekeyser@litter.com |
| Attorney for Plaintiff | Attorney for Defendant |

Firmwide:103707651.1 056919.1040